JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00339-JNP |
|---|---|
| Plaintiff, | FIRST NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| vs. | |
| GREGORY ALAN NELSON, | |
| Defendant. | Judge Jill N. Parrish |

The United States of America, by and through the undersigned, hereby files its first notification of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant via USAfx:

| **Bates Numbers:** |
|---|
| See attached discovery index |

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material

discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material.  Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c.    A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph.  Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 20th day of October, 2020.

        JOHN W. HUBER
        United States Attorney


        */s/ Sam Pead*
        SAM PEAD
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on the 20th day of October, 2020, the FIRST CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be served via USAfx, to the following:

>Vanessa Ramos
>*Attorney for Gregory Alan Nelson*
>46 West Broadway, Suite 110
>Salt Lake City, Utah 84101

>*/S/ Eric Love*
>_____
>Eric Love
>Legal Administrative Specialist

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|---|
| **Investigative Reports** | ATF | ROIs for Case no. 20-0096 | RPT-ATF-01-00001 | RPT-ATF-01-00018.02 |
| | ATF | ATF Forms 4473 | RPT-ATF-01-00019 | RPT-ATF-01-00181.06 |
| | ATF | Multiple Sale Summarys | RPT-ATF-01-00182 | RPT-ATF-01-00196 |
| | ATF | Firearms Trace Summarys | RPT-ATF-01-00197 | RPT-ATF-01-00242 |
| | ATF | Firearm Recovery Notification Submissions | RPT-ATF-01-00243 | RPT-ATF-01-00245 |
| | ATF | Interview Audio | RPT-ATF-01-00246 | RPT-ATF-01-00249 |
| | ATF | Cellphone downloads, reports and files | RPT-ATF-01-00250 | RPT-ATF-01-00272 |
| | ATF | Photos | RPT-ATF-01-00273 | RPT-ATF-01-00292 |
| | St. George PD | Reports | RPT-SGPD-01-00001 | RPT-SGPD-01-00003 |
| | St. George PD | Witness Statements | RPT-SGPD-01-00004 | RPT-SGPD-01-00005 |
| | FinCEN | SAR | RPT-FIN-01-00001 | RPT-FIN-01-00001.04 |
| | Utah SBI | Cellebrite Download | RPT-SBI-01-00001 | RPT-SBI-01-00001 |
| | American Canyon PD | Report | RPT-ACPD-01-00001 | RPT-ACPD-01-00001.17 |
| | ATF California | ROIs for Case no. 20-0037 | RPT-ATF-02-00001 | RPT-ATF-02-00002.11 |
| | California Highway Patrol | Report | RPT-CHP-01-00001 | RPT-CHP-01-00001.11 |
| | Las Vegas PD | Report | RPT-LVPD-01-00001 | RPT-LVPD-01-00001.04 |
| | Livermore PD | Report | RPT-LPD-01-00001 | RPT-LPD-01-00001.49 |
| | Manteca PD | Report | RPT-MPD-01-00001 | RPT-MPD-01-00002.07 |
| | Oakland PD | Report | RPT-OPD-01-00001 | RPT-OPD-01-00001.41 |
| | Richmond PD | Report | RPT-RPD-01-00001 | RPT-RPD-01-00001.12 |
| | San Francisco PD | Reports | RPT-SFPD-01-00001 | RPT-SFPD-01-00007.15 |
| | Upland PD | Report | RPT-UPD-01-00001 | RPT-UPD-01-00001.14 |
| | Walnut Creek PD | Report | RPT-WPD-01-00001 | RPT-WPD-01-00001.141 |
| **Criminal History** | Nelson, Gregory Alan | ATF Workup | CH-GAN-01-00001 | CH-GAN-01-00001.43 |
| | Nelson, Gregory Alan | Personal Information | CH-GAN-01-00002 | CH-GAN-01-00007.05 |
| | Nelson, Gregory Alan | III | CH-GAN-01-00008 | CH-GAN-01-00012 |
| | Nelson, Gregory Alan | Information Report | CH-GAN-01-00013 | CH-GAN-01-00013 |
| | Nelson, Gregory Alan | Miranda Waiver | CH-GAN-01-00014 | CH-GAN-01-00014 |
| | Nelson, Gregory Alan | Consent to Forfeiture | CH-GAN-01-00015 | CH-GAN-01-00015 |
| | Nelson, Gregory Alan | Utah Department of Workforce Services | CH-GAN-01-00016 | CH-GAN-01-00017.03 |
| | Nelson, Gregory Alan | CFP Transactions | CH-GAN-01-00018 | CH-GAN-01-00018.02 |
| | Ueno, Crystal Hiroko | Criminal History | CH-CHU-01-00001 | CH-CHU-01-00001.02 |
| | Ueno, Crystal Hiroko | Accurint | CH-CHU-01-00002 | CH-CHU-01-00002.23 |
| | Ueno, Crystal Hiroko | DMV / Driver's License | CH-CHU-01-00003 | CH-CHU-01-00005.02 |
| | Ueno, Crystal Hiroko | Vehicle Detection Report | CH-CHU-01-00006 | CH-CHU-01-00006.07 |
| | Paden, William Dewitt | ATF Workup | CH-WDP-01-00001 | CH-WDP-01-00001.39 |
| | Paden, William Dewitt | Cellphone files | CH-WDP-01-00002 | CH-WDP-01-00109 |
| | Paden, William Dewitt | Residence Pictures | CH-WDP-01-00110 | CH-WDP-01-00114 |
| | Paden, William Dewitt | Windmill Parkway Subpoena | CH-WDP-01-00115 | CH-WDP-01-00115.03 |
| | Paden, William Dewitt | Photos | CH-WDP-01-00116 | CH-WDP-01-00118 |
| | Topete, Paolo Derek Gonzales | ATF Workup | CH-PDT-01-00001 | CH-PDT-01-00001.23 |
| | Topete, Paolo Derek Gonzales | Cellphone files | CH-PDT-01-00002 | CH-PDT-01-00030 |
| | Topete, Paolo Derek Gonzales | Accurint | CH-PDT-01-00031 | CH-PDT-01-00031.35 |
| | Topete, Paolo Derek Gonzales | III | CH-PDT-01-00032 | CH-PDT-01-00032.04 |
| | Topete, Paolo Derek Gonzales | DMV / Driver's License | CH-PDT-01-00033 | CH-PDT-01-00034 |
| | Ladino, Anai Guadalupe | ATF Workup | CH-AGL-01-00001 | CH-AGL-01-00001.25 |
| **Search Warrant** | Cellphone Warrants | Nelson 253-282-3724 | SW-01-00001 | SW-01-00016.04 |
| | Cellphone Warrants | Nelson 435-817-2231 | SW-02-00001 | SW-02-00004 |
| | 2012 Audi | Warrant | SW-03-00001 | SW-03-00004.17 |
| | 2012 Audi | Photos | SW-03-00005 | SW-03-00147 |
| | 2675 Windmill Parkway Apt 3911 | Warrant | SW-04-00001 | SW-04-00004.06 |
| | 2675 Windmill Parkway Apt 3911 | Photos and Videos | SW-04-00005 | SW-04-00124 |
| | 2675 Windmill Parkway Apt 3911 | Exhibits | SW-04-00125 | SW-04-00127.08 |
| | 10914 Florence Hills Street | Warrant | SW-05-00001 | SW-05-00004.13 |
| | 10914 Florence Hills Street | Subpoena | SW-05-00005 | SW-05-00005.03 |
| | 10914 Florence Hills Street | Photos | SW-05-00006 | SW-05-00020 |
| | 10914 Florence Hills Street | Exhibits | SW-05-00021 | SW-05-00029.03 |
| | Tracker Warrants | Nevada Warrant | SW-06-00001 | SW-06-00006.03 |
| | Tracker Warrants | Utah Warrant | SW-07-00001 | SW-07-00003.02 |